UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
LAWRENCE G. LILLY                    CASE NO. 3:09-bk-01319-PMG
                Debtor.   /

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 15 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Bankruptcy Court at 300 N. Hogan, Suite 3-350, Street Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Robert Altman, 5256 Silver Lake Drive, Palatka, Florida 32177.**

**If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW, Robert B. Gregory and Susan J. Gregory ("Movant"), through their undersigned counsel, and files this Motion for Relief from Automatic Stay. In support of this Motion the Movant would show unto the Court as follows:

1. On July 2, 2003, the movants first met with Lawrence G. Lilly ("Debtor"), an attorney licensed in the State of Florida, to discuss investment opportunities.

2. On October 14, 2004, the movants paid to Lawrence G. Lilly the amount of $105,561.18; on October 15, 2004 the amount of $72,219.41; and on October 15, 2004 the amount of $72,219.41. The funds were transferred to Debtor for receipt of a Mortgage Assignment recorded on October 28, 2004 at Official Records Book 2308, Page 1283 of the public records of St. Johns County, Florida. A copy of the Mortgage Assignment (Partial) is attached hereto and incorporated herein as Exhibit "1". The Court will note that the assignment was made by Lawrence G. Lilly as Trustee of the Redwing Trust to both Robert B. Gregory and Susan J. Gregory. This appears to be a collateral assignment of a first mortgage that secures a debt owed to debtor. The

debtor gets to receive the payments under the first mortgage but remains obligated to pay monthly interest and to pay $10,000.00 for each lot release from the lien of the first mortgage. No separate note was given to the movants and the note secured by the first mortgage was not endorsed or delivered to them.

3. The Debtor as Trustee of Redwing Trust filed a foreclosure action in the Circuit Court, 7th Judicial Circuit in and for St. Johns County, Florida, Case No. 07-1346-CA, Division 55 foreclosing on many lots including the very lots assigned to the movants. The movants are not listed as plaintiffs owning part of the promissory note or having a security interest in parcels being foreclosed. No defense was made to the foreclosure and a Certificate of Title was recorded. A copy of the Certificate of Title dated December 31, 2007 is attached hereto and incorporated herein as Exhibit "2". Mr. Lilly did transfer two lots to Susan J. Gregory, as Trustee (see Certificate of Title).

4. The property in question is not property of the estate and is not necessary to an effective reorganization.

WHEREFORE, Movant. respectfully requests the Court grant its Motion for Relief from Stay to pursue its interest in property fraudulent transferred to debtor's trust and grant such other relief that the Courts deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY that a true and correct copy of the foregoing Motion For Relief from Automatic Stay was furnished to U. S. Trustee, 135 W. Central Blvd. #620, Orlando, Fl 32801; Lawrence G. Lilly, 336 Redwing Lane, St. Augustine, FL 32080 and Douglas W. Neway, Chapter 7 Trustee, P.O. Box 4308, Jacksonville, FL 32201 on this the 20th day of April 2009 by United States Mail first class postage prepaid or through the Court's CM/ECF electronic filing system.**

**ROBERT ALTMAN, P. A.**

**/S/ Robert Altman**
**Robert Altman, Esquire**
**Attorney for Movant**
**Florida Bar # 346861**
**Pine Lake Lodge**
**5256 Silver Lake Drive**
**Palatka, FL 32177**
**(386) 325-4691**
**Fax (386) 325-9765**