UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
LAWRENCE G. LILLY                           CASE NO. 3:09-bk-01319-PMG
_____ Debtor. /

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, Robert B. Gregory and Susan J. Gregory, through their undersigned counsel,

and files this Objection to Confirmation of Debtor's Chapter 13 Plan and in support of the objection

would show unto the Court as follows:

1.      The debtor filed his Chapter 13 plan on March 11, 2009.

2.      The plan provides to pay claims of the debtor's trust (Redwing Trust) using property

which do not belong to the estate but belongs to the trust.

3.      The plan fails to comply with the provisions of Chapter 13.

4.      The Plan has not been proposed in good faith.

5.      The value, as of the effective date of the plan, of property to be distributed under

the plan on account of each allowed unsecured claim is less than the amount that would be paid on

such claim if the estate of the debtor were liquidated under chapter 7.

6.      The debtor did not act in good faith when filing the petition.

7.      The debtor has failed to file all applicable Federal tax returns as required by 11.

U.S.C. §1308.

8.      The plan fails to provide unsecured creditors the value of the property to be

distributed under the plan or the plan fails to provide that all of the debtor's projected disposable

income is applied to making payments to unsecured creditors under the plan.

WHEREFORE, Robert and Susan Gregory. respectfully requests the Court sustain their

Objection to Confirmation of Debtor's Chapter 13 plan and grant such other relief that the Courts

deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that a true and correct copy of the foregoing Objection to Confirmation of the Chapter 13 Plan was furnished to U. S. Trustee, 135 W. Central Blvd. #620, Orlando, Fl 32801; Lawrence G. Lilly, 336 Redwing Lane, St. Augustine, FL 32080 and Douglas W. Neway, Chapter 7 Trustee, P.O. Box 4308, Jacksonville, FL 32201 on this the 28th day of April 2009 by United States Mail first class postage prepaid or through the Court's CM/ECF electronic filing system.**

**ROBERT ALTMAN, P. A.**

**/S/ Robert Altman**
**Robert Altman, Esquire**
**Attorney for Movant**
**Florida Bar # 346861**
**Pine Lake Lodge**
**5256 Silver Lake Drive**
**Palatka, FL 32177**
**(386) 325-4691**
**Fax (386) 325-9765**