IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 09-01319-PMG
Chapter 13

In re:

LAWRENCE G. LILLY
 Debtor.
_____/

## DEBTOR'S REQUEST FOR DISMISSAL

Pursuant to the provision of 11 U.S.C. §1307(b), the Debtor hereby requests that the Court dismiss this action.

Date 4/26/09

LAWRENCE G. LILLY
336 Redwing Lane
St. Augustine, FL 32080-7979
     Phone: (904) 501-2603
     Fax    (904) 461-3315

FILED
JACKSONVILLE, FLORIDA
APR 2 8 2009
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA